IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDDIE JACKSON,                              :         CIVIL ACTION
      Plaintiff,                        :
                                       :
                                       :         **FILED**
      v.                               :
                                       :         NOV 1 0 2015
CAROLYN W. COLVIN,                          :
Acting Commissioner of Social Security,     :         MICHAEL E. KUNZ, Clerk
      Defendant.                        :         By_____Dep. Clerk
                                                 No. 14-4214

## ORDER

CURTIS J. JOYNER, J.

    AND NOW, this *10* day of *November*, 2015, upon consideration of the

plaintiff's request for review, the Commissioner's response, and plaintiff's reply, and after careful

review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa,

IT IS ORDERED that:

1.    The Report and Recommendation is APPROVED and ADOPTED;

2.    Plaintiff's Request for Review is GRANTED;

3.    The case is REMANDED in accordance with the fourth sentence of 42
    U.S.C. Section 405(g) to the Commissioner of the Social Security
    Administration for proceedings consistent with the Report and
    Recommendation of United States Magistrate Linda K. Caracappa.

BY THE COURT:

CURTIS J. JOYNER
UNITED STATES DISTRICT JUDGE